FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2017 FEB 14 AM 11:22
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DANTE G. FREDRICK,

    Plaintiff,

v.

F. BARRY WILKES, Clerk and J. WILLIAMS, Deputy Clerk,

    Defendants.

CASE NO. CV416-310

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 9), to which no objections have been filed. After careful review, the Report and Recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's 42 U.S.C. § 1983 complaint is **DISMISSED WITHOUT PREJUDICE** for failure to comply with the deadlines for returning the Consent Form and Prison Trust Account Statement. The Clerk of Court is directed to **CLOSE** this case.

SO ORDERED this 14th day of February 2017.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA