IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DANTE G. FREDRICK, )
 )
    Plaintiff, )
 )
v. ) CASE NO. CV416-310
 )
F. BARRY WILKES, Clerk and J. )
WILLIAMS, Deputy Clerk, )
 )
    Defendants. )
 )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation. (Doc. 18.) In the Report and Recommendation, the Magistrate Judge recommends dismissing Plaintiff's case without prejudice as a sanction for intentionally misleading the Court. (Id. at 4.) The Magistrate Judge also recommends revoking Plaintiff's in forma pauperis status and instituting a special case management procedure for any future 42 U.S.C. § 1983 complaints Plaintiff may file. (Id. at 11-12.) Following this recommendation, Plaintiff filed a Notice of Voluntary Dismissal. (Doc. 19.)

The Court agrees with the Magistrate Judge that this case should be dismissed, Plaintiff's in forma pauperis status should be revoked, and a special case management procedure should be imposed. Plaintiff cannot use a voluntary dismissal to avoid this outcome as a litigant is not entitled to exploit Federal

Rule of Civil Procedure 41(a) merely to avoid an unfavorable decision in a Report and Recommendation. See Wilson v. Freesemann, 2007 WL 2083827 (S.D. Ga. July 13, 2007). Accordingly and after careful review of the record, the Report and Recommendation is **ADOPTED** as the Court's opinion in this case. Plaintiff's 42 U.S.C. § 1983 complaint is **DISMISSED WITHOUT PREJUDICE**, Plaintiff's in forma pauperis status is **REVOKED**, and the Clerk of Court is **DIRECTED** to impose the restrictions recommended by the Magistrate Judge (Doc. 18 at 11-12) as to future filings by Plaintiff. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 19th day of May 2017.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA